## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| BAT LLC,<br><br>       Plaintiff,<br><br>  v.<br><br>TD BANK, N.A. and ADT LLC,<br><br>       Defendants. | Civil Action No.  15-cv-5839<br><br><br>**NOTICE OF REMOVAL** |

TO: UNITED STATES DISTRICT COURT
   FOR THE SOUTHERN DISTRICT OF NEW YORK

**PLEASE TAKE NOTICE** that Defendant, TD Bank, N.A., hereby removes the above-captioned action from the Supreme Court of the State of New York, County of Kings, to the United States District Court for the Eastern District of New York, pursuant to 28 U.S.C. § 1441, *et. seq.*, and in connection therewith, alleges as follows:

  1. An action has been commenced and is now pending in the Supreme Court of the State of New York, County of Kings, entitled *BAT LLC v. TD Bank, N.A. and ADT LLC*, bearing Index Number 509508/2015.

  2. Defendant, TD Bank, N.A. ("TD Bank"), received service of the Complaint on September 16, 2015.

  3. This Notice of Removal is timely in accordance with the requirements of 28 U.S.C. § 1446(b), as it has been filed within thirty (30) days after receipt by Defendants of the Complaint. No further proceedings have occurred in this action.

  4. This Court has original jurisdiction over this action pursuant to 28 U.S.C. § 1332(a)(1). Accordingly, this action is one that may be removed to this Court by Defendants pursuant to 28 U.S.C. § 1441 in that it is a civil action wherein the matter in controversy exceeds

15777682v.1

the sum of $75,000.00, exclusive of interest and costs, and the action is between citizens of different states.

## Diversity Jurisdiction

5. As evidenced on the face of the Complaint, Plaintiff, BAT LLC ("BAT"), is and was at the time of removal a limited liability company duly organized and existing under the laws of the State of New York.

6. Defendant, TD Bank, is a foreign corporation, domiciled in Delaware, with its principal place of business in New Jersey.

7. Defendant, ADT LLC is a foreign limited liability company, domiciled in Delaware, with a principal place of business in Florida.

8. In the Complaint, BAT alleges that it is the assignee of all rights and claims of Chaya Bienestock and Yaakov Bienestock (collectively referred to as "Plaintiff") against TD Bank and ADT. BAT alleges that on or about June 10, 2010, Plaintiff entered into a Safe Deposit Box Lease Contract with TD Bank for the use of a safe deposit box. (*See* Compl. at ¶7)

9. It is alleged that Plaintiff placed valuables in excess of $250,000.00 into the safe deposit box. (*See* Compl. at ¶14) It is claimed that the contents were removed during a robbery that occurred at TD Bank after the unidentified perpetrators bypassed an alarm system. (*See* Compl. at ¶¶15-18)

10. BAT alleges the following causes of action: (1) breach of bailment contract; (2) gross negligence against TD Bank; (3) violation of NY Banking Law §338; (4) gross negligence against ADT; and (5) breach of contract against ADT. (*See* Compl., attached hereto as **Exhibit 2**) BAT seeks damages in excess of $250,000.00, punitive damages in an amount exceeding $500,000.00, and attorneys' fees and costs.

15777682v.1

11. Thus, the amount of damages demanded by BAT exceeds $75,000.00, exclusive of interest and costs as provided by 28 U.S.C. §1332. Complete diversity exists between Plaintiff and Defendants. Therefore, this case is within the original jurisdiction of the Court pursuant to 28 U.S.C. §1441(a).

12. Defendant, ADT, has consented to the removal of this action. A copy of the Consent to Remove is attached hereto as **Exhibit 1**.

13. By reason of the foregoing, this action may be removed to this Court pursuant to 28 U.S.C. §1441.

14. In accordance with 28 U.S.C. §1446(a), a copy of all process, pleadings and orders that were served upon TD Bank, are attached hereto as **Exhibit 2** and incorporated into this Notice of Removal.

15. Written notice of the filing of this Notice of Removal and a true and complete copy of this Notice of Removal will be served upon all counsel of record, as required by law.

16. A true and complete copy of this Notice of Removal will be filed with the Clerk of the Supreme Court of the State of New York, County of Kings, as required by law.

Date: October 9, 2015

Respectfully submitted,

**WHITE AND WILLIAMS LLP**

By: _____
Jenifer A. Scarcella, Esq.
One Penn Plaza, Suite 4110
New York, New York 10119
(212) 714-3064
*Attorneys for Defendant*
*TD Bank, N.A.*

TO:

Robert L. Rimberg, Esq.
GOLDBERG & RIMBERG PLLC
115 Broadway
New York, New York 10006

Hannah Lim
V.P., Chief Litigation Counsel
ADT LLC

15777682v.1