UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| BAT LLC,<br><br>                 Plaintiff,<br><br>v.<br><br>TD BANK, N.A. and ADT LLC,<br><br>                 Defendants. | Docket No.:<br><br>**CONSENT TO REMOVE** |

TO THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NEW YORK:

NOW COMES Defendant, ADT LLC who consents to and joins in the removal of this action by Defendant, TD BANK.

By: _____
Jenifer A. Scarcella, Esq.
*Attorneys for Defendant*
*TD Bank, N.A.*
One Penn Plaza, 41st Floor, Suite 4110
New York, NY 10119

By: _____
Hannah Lim
V.P., Chief Litigation Counsel
ADT LLC