UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------X

BAT LLC,

                  Plaintiff,

  -against-

TD BANK, N.A., HALIFAX SECURITY,
INC. d/b/a NORTH AMERICAN VIDEO,
HALIFAX SECURITY, INC., NORTH
AMERICAN VIDEO, INC., LYDIA
SECURITY MONITORING, INC., d/b/a
COPS MONITORING and INTEGRATED
SECURITY SYSTEMS,

                  Defendants.

-------------------------------------------------------X

**CIVIL ACTION NO.:**
**15-cv-5839 (RRM)(MDG)**

**NOTICE OF MOTION TO ADMIT**
**COUNSEL *PRO HAC VICE***

TO:  Robert L. Rimberg
      rlr@grlawpllc.com
      Kelly Christine Griffin-Fromm
      kgfromm@grlawpllc.com
      GOLDBERG & RIMBERG, PLC
      115 Broadway, 3rd Floor
      Suite 302
      New York, NY  10006
      Telephone: 212-697-3250
      Facsimile: 212-227-4533
      *Attorneys for Plaintiff*

Michael David Silberfarb
msilberfarb@blankrome.com
BLANK ROME
One Logan Square
130 N. 18th Street
Philadelphia, PA  19103
Telephone: 215-269-5417
Facsimile: 215-832-5417
*Attorneys for Defendant Halifax Security, Inc*

      Andrew I. Hamelsky
      hamelskya@whiteandwilliams.com
      WHITE & WILLIAMS LLP
      7 Times Square, Suite 2900
      New York, NY  10036
      Telephone: 212-244-9500

Patrick Stoltz
pstoltz@kbrlaw.com
KAUFMAN BORGEEST & RYAN LLP
200 Summit Lake Drive
Valhalla, NY  10595
Telephone: 914-449-1000
Facsimile: 914-449-1100
*Attorneys for Defendant Securecom Wireless
LLC*

Jennifer Ann Scarcella
scarceallaj@whiteandwilliams.com
WHITE & WILLIAMS LLP
One Penn Plaza
250 W. 34th Street, Suite 4110
New York, NY  10119
Telephone: 212-714-3064
Facsimile: 212-868-4841
*Attorneys for Defendant ADT LLC*

Katie Anne Mabanta
katie.mabanta@admlaw.com
Deblrah A. Del Sordo
deborah.delsordo@admlaw.com
AHMUTY DEMERS & McMANUS
199 Water Street, 16th Floor
New York, NY 10038
Telephone: 212-513-7788
Facsimile: 212-513-7843
*Attorneys for Defendant Lydia Securities, Inc*

PLEASE TAKE NOTICE that upon the annexed affidavit of movant in support of this motion and the Certificate of Good Standing annexed thereto, we will move this Court pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York for an Order allowing the admission of movant, a member of the firm of Berger Singerman LLP and a member in good standing in the Bar of the State of Florida, as attorney *pro hac vice* to argue or try this case in whole or part as counsel for Defendant Integrated Security Systems.  There are no pending disciplinary proceedings against me in any State or Federal court.

Dated: February 17, 2017

Respectfully submitted,

BERGER SINGERMAN LLP
Attorneys for Defendant Integrated Security Systems
1450 Brickell Avenue, Suite 1900
Miami, FL  33131
Telephone:  (305) 755-9500
Facsimile:  (305) 714-4340

By /s/James D. Gassenheimer
James D. Gassenheimer, Esq.
Florida Bar No. 959987
jgassenheimer@bergersingeman.com

7640539-1

## SERVICE LIST

Robert L. Rimberg
rlr@grlawpllc.com
Kelly Christine Griffin-Fromm
kgfromm@grlawpllc.com
GOLDBERG & RIMBERG, PLC
115 Broadway, 3rd Floor
Suite 302
New York, NY 10006
Telephone: 212-697-3250
Facsimile: 212-227-4533
*Attorneys for Plaintiff*

Michael David Silberfarb
msilberfarb@blankrome.com
BLANK ROME
One Logan Square
130 N. 18th Street
Philadelphia, PA 19103
Telephone: 215-269-5417
Facsimile: 215-832-5417
*Attorneys for Defendant Halifax Security, Inc*

Andrew I. Hamelsky
hamelskya@whiteandwilliams.com
WHITE & WILLIAMS LLP
7 Times Square, Suite 2900
New York, NY 10036
Telephone: 212-244-9500

Patrick Stoltz
pstoltz@kbrlaw.com
KAUFMAN BORGEEST & RYAN LLP
200 Summit Lake Drive
Valhalla, NY 10595
Telephone: 914-449-1000
Facsimile: 914-449-1100
*Attorneys for Defendant Securecom Wireless LLC*

Jennifer Ann Scarcella
scarcellaj@whiteandwilliams.com
WHITE & WILLIAMS LLP
One Penn Plaza
250 W. 34th Street, Suite 4110
New York, NY 10119
Telephone: 212-714-3064
Facsimile: 212-868-4841
*Attorneys for Defendant ADT LLC*

Katie Anne Mabanta
katie.mabanta@admlaw.com
Deblrah A. Del Sordo
deborah.delsordo@admlaw.com
AHMUTY DEMERS & McMANUS
199 Water Street, 16th Floor
New York, NY 10038
Telephone: 212-513-7788
Facsimile: 212-513-7843
*Attorneys for Defendant Lydia Securities, Inc*

Edward Fogarty, Jr.
fogarty@litchfieldcavo.com
LITCHFIELD CAVO
420 Lexington Avenue, Suite 400
New York, NY 10170
Telephone: 212-564-6633
Facsimile: 212-434-0105
*Attorneys for Defendant Security and Data Technologies, Inc.*

7640539-1