UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------X

BAT LLC,

                Plaintiff,

  -against-

TD BANK, N.A., HALIFAX SECURITY, INC. d/b/a NORTH AMERICAN VIDEO, HALIFAX SECURITY, INC., NORTH AMERICAN VIDEO, INC., LYDIA SECURITY MONITORING, INC., d/b/a COPS MONITORING and INTEGRATED SECURITY SYSTEMS,

                Defendants.

------------------------------------------------------X

CIVIL ACTION NO.:
15-cv-5839 (RRM)(MDG)

AFFIDAVIT OF JAMES D. GASSENHEIMER IN SUPPORT OF MOTION TO ADMIT COUNSEL *PRO HAC VICE*

State of Florida    )
                     ) ss:
County of Miami-Dade)

JAMES D. GASSENHEIMER, being duly sworn, hereby deposes and says as follows:

1. I am an attorney with the law firm of Berger Singerman LLP.

2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above captioned matter.

3. As shown in the Certificate of Good Standing annexed hereto I am a member in good standing of the Bar of the State of Florida.

4. There are no pending disciplinary proceedings against me in any State or Federal Court.

5. Wherefore your affiant respectfully submits that he be permitted to appear as counsel and advocate *pro hac vice* in this one case for Defendant Integrated Security Systems.

7640551-1

Dated: February 17, 2017

By: _____
James D. Gassenheimer, Esq.
BERGER SINGERMAN LLP
1450 Brickell Avenue, Suite 1900
Miami, FL  33131
Telephone:  (305) 755-9500
Facsimile:  (305) 714-4340
*Attorneys for Integrated Security Systems*
Florida Bar No. 959987
jgassenheimer@bergersingeman.com

The foregoing instrument was acknowledged before me this 17th day of February, 2017 by James D. Gassenheimer, who is personally known to me and who did take an oath.

_____
Notary Public

Notary Stamp:



7640551-1