

3050 Biscayne Boulevard
Suite 402
Miami, FL 33137

tel: 305.501.2808
954.780.5577
fax: 954.780.5578
WWW.BERGERFIRM.COM

MICHEL O. WEISZ
OF COUNSEL
Telephone: (305) 748.6076
Email: michel@bergerfirm.com

February 21, 2017

**Via ECF**
Honorable Roslynn R. Mauskopf
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:    BAT LLC v. TD Bank, N.A. et al,
                Case No.: 15-cv-05839-RRM-MDG

Dear Judge Mauskopf:

      Undersigned counsel was previously admitted on a *pro hac vice* basis in the above referenced matter on behalf of Defendant/Cross-Defendant Integrated Security Systems. Counsel has now joined the firm of Berger Firm, P.A. and has been asked by the client to remain in the case as co-counsel with Berger Singerman LLP.

      Undersigned counsel requests that the Court inform him if he needs to file any other document (change of address and/or notice of appearance) to update his contact information with the Court's ECF system.

                                    Very truly yours,

                                    BERGER FIRM, P.A.

                                    Michel O. Weisz
                                    Florida Bar No. 336939
                                    Primary e-Mail: michel@bergerfirm.com
                                    Secondary e-Mail: carmen@bergerfirm.com

MOW/cw

cc: Attorneys of Record (via ECF)